# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Tanyetta Latrice Arnold, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Equifax Information Services LLC ) <br> and Emory Alliance Credit Union, ) <br> ) <br> Defendants. ) | Civil Action File No.: <br> 1:21-cv-01573-WMR-JSA |

## NOTICE OF SETTLEMENT AS TO EMORY ALLIANCE CREDIT UNION

Plaintiff, Tanyetta Latrice Arnold, hereby notifies the Court that a settlement of the above-referenced action has been reached with Emory Alliance Credit Union ("EACU"). Plaintiff and Defendant, EACU anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, EACU. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, EACU to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 29th day of June, 2021.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

1

2

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Plaintiff's Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on EACU, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Emory Alliance Credit Union
Hal Leitman
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*