# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Tanyetta Latrice Arnold,          ) | |
| ) | |
| Plaintiff,          ) | Civil Action File No.: |
| ) | 1:21-cv-01573-WMR-JSA |
| v.          ) | |
| ) | |
| Equifax Information Services LLC          ) | |
| and Emory Alliance Credit Union,          ) | |
| ) | |
| Defendants.          ) | |

## NOTICE OF SETTLEMENT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, Tanyetta Latrice Arnold, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Equifax Information Services LLC ("Equifax")>>. Plaintiff and Defendant, Equifax anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Equifax. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Equifax to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 8th day of July, 2021.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

2

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

                                                   **BERRY & ASSOCIATES**

                                                   */s/ Matthew Berry*
                                                   Matthew Berry
                                                   Georgia Bar No.: 055663
                                                   2751 Buford Highway, Suite 600
                                                   Atlanta, GA 30324
                                                   *Counsel for Plaintiff*