IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TANYETTA LATRICE ARNOLD,    :
    :
    Plaintiff,    :
    :
    v.    :  CIVIL ACTION NO.
    :  1:21-CV-1573-WMR-JSA
    
EQUIFAX INFORMATION SERVICES  :
LLC and EMORY ALLIANCE CREDIT  :
UNION,    :
    :
    Defendants.    :

## O R D E R

Plaintiff has filed Notices of Settlement [9][11] indicating that she has reached settlement agreements with both Defendants and that she anticipates dismissing this action upon the completion of their terms. Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. This closure is not a dismissal and does not preclude the filing of documents, and the case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **sixty (60) days** of the date of this Order. Absent an extension or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

**IT IS SO ORDERED** this 12th day of July, 2021.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE